**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY 17-60386 |
| | Chapter 12 |
| Stephen and Bonnie Hendrickx, | |
| Debtors. | |

**NOTICE OF HEARING AND MOTION FOR DISMISSAL**

TO: All creditors and parties in interest pursuant to Local Rule 2002-4.

1. Kyle L. Carlson, Chapter 12 Trustee, moves to dismiss this case.

2. The Court will hold a hearing on this motion at 10:15 a.m. on Tuesday, April 30, 2019, in Courtroom 2, 2nd Floor, U.S. Courthouse, 118 South Mill Street, Fergus Falls, MN 56537.

3. Any response to this motion must be filed and served not later than Thursday, April 25, 2019, which is five days before the time set for the hearing (including Saturdays, Sundays and legal holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. The motion is brought pursuant to 11 U.S.C. § 1208, Bankruptcy Rule 1017, and Local Rule 1017-2. This case is pending before this Court.

5. The debtors have failed to make all payments due to the Trustee under the terms of the confirmed plan. To date, the debtors are delinquent in the amount of $12,500. Failure to make payments due under the terms of a confirmed plan is a material default and cause for dismissal pursuant to 11 U.S.C. § 1208(c)(6).

6. The Trustee has requested monthly operating reports from the debtors. The Trustee has not received that information and as a result the Trustee has been unable to adequately monitor the debtors' farming operation. This failure is grounds dismissal of the case. *See In re Ventura*, 375 B.R. 103, 109 (Bankr. E.D.N.Y. 2007) (a trustee's inability to effectively administer the estate due to a debtor's lack of cooperation constitutes "cause" for dismissal); *In re Dickenson*, 517 B.R. 622 (Bankr. W.D. Va., 2014) (dismissing a chapter 12 case based on, *inter alia*, the debtor's failure to comply with orders of the Court and failing to supply the Court with monthly operating reports).

WHEREFORE, the Trustee moves the Court for an order dismissing the case and such other relief as may be just and equitable.

Dated: 3-13-19

/e/ Kyle L. Carlson
Kyle L. Carlson
Chapter 12 & 13 Trustee
PO Box 519
Barnesville, MN  56514
218-354-7356

1

## VERIFICATION

I, Kyle L. Carlson, Chapter 12 Trustee, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: 3-13-19 /e/ Kyle L. Carlson
Kyle L. Carlson, Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No. 17-60386 |
| | Chapter 12 |
| Stephen and Bonnie Hendrickx, | |
| Debtors. | |

**MEMORANDUM OF FACTS AND LAW**

### I. FACTS

The facts supporting the motion are set forth in the attached verified motion. In addition, the Trustee also relies on the representations made by the debtors at the 341 meeting of creditors and in the debtors' filed schedules.

### II. DEFAULT UNDER THE CONFIRMED PLAN

Section 1208(c) sets forth causes for dismissal of a chapter 12 case. Section 1208(c)(6) provides that "[o]n request of a party in interest, and after notice and a hearing, the court may dismiss a case under this chapter for cause, including—… material default by the debtors with respect to a term of a confirmed plan…"

In this case, the debtors have failed to make all payments due to the Trustee under the terms of the confirmed plan. To date, the debtors are delinquent in the amount of $12,500. Failure to make payments due under the terms of a confirmed plan is a material default and cause for dismissal.

### III. CONCLUSION

Based on the foregoing, the Trustee requests that the case be dismissed.

Dated: 3-13-19　　　　　　　　　　　　　　　　　　/s/ Kyle L. Carlson
　　　　　　　　　　　　　　　　　　　　　　　　　Kyle L. Carlson
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 12 & 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 519
　　　　　　　　　　　　　　　　　　　　　　　　　Barnesville, MN 56514

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                              BKY 17-60386
                                                        Chapter 12

Stephen and Bonnie Hendrickx,

        Debtors.

**ORDER**

This case is before the Court on the motion of Trustee Kyle L. Carlson for an order dismissing the case of Stephen and Bonnie Hendrickx, BKY 17-60386,

        Based on the motion and file,

        IT IS ORDERED THAT:

        1.       The debtors' Chapter 12 case is hereby DISMISSED.

        2.       The Trustee shall distribute available funds, if any under 11 U.S.C. § 1226 to creditors in accordance with the plan.

Dated:

                                                     _____
                                                     Michael E. Ridgway
                                                     United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                                    BKY 17-60386
                                                                                          Chapter 12
Stephen and Bonnie Hendrickx,

      Debtors.

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

      The undersigned, being an employee of the Chapter 12 Trustee, declares that on the date indicated below, I served the attached Notice of Hearing and Motion for Dismissal upon all entities named below by first class mail postage prepaid and to any entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

STEPHEN AND BONNIE HENDRICKX
49202 CO HIGHWAY 67
NEW YORK MILLS, MN 56567

U.S. ATTORNEY
U.S. COURTHOUSE
300 S 4TH STREET
SUITE 600
MINNEAPOLIS, MN 55415

ALL CREDITORS ON ATTACHED MATRIX

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 3-13-19

                                              /e/ Jamie Swenson
                                              Jamie Swenson
                                              Chapter 12 Office

```
Label Matrix for local noticing          Heartland Captial Funding, Inc.         Stermer & Sellner Chtd.
0864-6                                    Hellmuth & Johnson PLLC                 PO Box 514
Case 17-60386                             8050 West 78th Street                   Montevideo, MN 56265-0514
District of Minnesota                     Edina, MN 55439-2530
Fergus Falls
Wed Mar 13 13:02:44 CDT 2019

United Community Bank                     United States Department of Agriculture - Fa   Fergus Falls - St Paul
c/o Jon R. Brakke                         U. S. Attorney's Office                 200 Warren E Burger Federal Building and
Vogel Law Firm                            Attn:  Roylene A. Champeaux             U. S. Courthouse
PO Box 1389                               600 U. S. Courthouse                    316 N Robert St
Fargo, ND 58107-1389                      300 So. Fourth Street                   St Paul, MN 55101-1495
                                          Minneapolis, MN 55415-1320

ADKINS EQUIPMENT COMPANY                  ALBERT LEA SEED HOUSE                   AR AUDIT SERVICES
18323 CO HWY 21                           1414 W MAIN ST                          1915 N KARANEY DR
DETROIT LAKES MN 56501-6939               ALBERT LEA MN 56007-1816                BISMARCK ND 58501-1785


AR Audit Services Inc                     AUDOBON CO OP ELEVATOR                  BLUE LAKES PLASTICS LLC
PO Box 6177                               445 FRONT ST                            44567 421ST
Bismarck ND 58506-6177                    AUDUBON MN 56511                        SAUK CENTRE MN 56378-4503


CARQUEST WESTSIDE                         CENTRAL MN CREDIT UNION                 CHARLES & WENDY SWENSON
658 W MAIN ST                             20 4TH AVE SE                           1832 34TH STREET SW
PERHAM MN 56573                           Melrose MN 56352-1356                   PINE RIVER MN 56474-5085


CREDIT COLLECTION SERVICE                 CREDITORS SERVICE COMPANY               CROP PRODUCTION SERVICES
725 CANTON STREET                         222 2ND AVE SE                          c/o OLDE CITY FINANCIAL
NORWOOD MA 02062-2679                     SUITE A                                 123 PENNSYLVANIA AVE
                                          PERHAM MN 56573-1706                    WAYNE, PA 19087-3516


CUTTING EDGE FINANCIAL GROUP              Carly Winscher                          Central Minnesota Credit Union
6681 COUNTRY CLUB DRIVE                   28052 63rd St                           320 Main Street E
GOLDEN VALLEY MN 55427-4601               Royalton MN 56373-3020                  Melrose MN 56352-1164


Circle Ten Trucking LLC                   FIRST NATIONAL BANK OF MENAHGA          FIRST USA BANK
(Michael Swenson)                         PO BOX 250                              PO BOX 740115
402 Doc Hanson St                         MENAHGA MN 56464-0250                   ATLANTA GA 30374-0115
New York Mills MN 56567-4620


FSA                                       FSA                                     Farm Service Agency
375 JACKSON ST, STE 600                   4 ALFRED ST NE                          375 Jackson St
SAINT PAUL MN 55101-1854                  WADENA MN 56482-2303                    Suite 400
                                                                                  St Paul, MN 55101-1852


GURSTEL CHARGO, P.A                       HEARTLAND CAPITAL FUNDING, INC          Heartland Capital Funding, Inc.
6681 COUNTRY CLUB DRIVE                   C/O HELLMUTH & JOHNSON PLLC             Hellmuth & Johnson PLLC
GOLDEN VALLEY MN 55427-4601               8050 WEST 78TH STREET                   8050 West 78th Street
                                          EDINA MN 55439-2530                     Edina, MN 55439-2530
```

```
INTERNAL REVENUE SERVICE            JS PALUBICKI INC                    Karl J. Johnson
CENTRALIZED INSOLVENCY OP UNIT      940 PALUBICKI AVENUE                Hellmuth & Johnson, PLLC
PO BOX 7346                         PERHAM MN 56573-2104                8050 West 78th Street
PHILADELPHIA PA 19101-7346                                              Edina, MN 55439-2530


LAKES AREA COOP                     LEAF VALLEY AG SERVICES             LEEDSTONE INC
457 3RD AVE SE #1                   1504 HOMECREAST AVE SE              222 E CO RD 173
PERHAM MN 56573                     WADENA MN 56482                     MELROSE MN 56352-1602


LVNV FUNDING LLC                    MAIN STREET EXPRESS                 MARK F UPHUS
C/O RESURGENT CAPITAL SERVICES      205 E MAIN STREEET                  310 MAIN STREET EAST
PO BOX 10675                        PERHAM MN 56573-1805                PO BOX 158
GREENVILLE SC 29603-0675                                                MELROSE MN 56352-0158


MATT RUCKHEIM                       MID MINNESOTA FCU                   MIKE SWENSON TRUCKING
10830 CTY HWY 79                    200 S 6TH STREET                    521 EAST GILMAN ST
PARKERS PRAIRIE MN 56361-5063       PO BOX 309                          NEW YORK MILLS MN 56567
                                    BRAINERD MN 56401-0309


MILTONA CUSTOM MEATS                MINNESOTA REVENUE                   PROFESSIONAL AGRONOMY SERVICES
242 2ND AVENUE                      PO BOX 64447 - BKY                  PO BOX 145
MILTONA MN 56354                    SAINT PAUL MN 55164-0447            MAPLETON ND 58059-0145


RAYMOND BALL                        ROYLENE CHAMPEAUX, US ATTORNEY      SWENSON AGGREGATE & CONST LLC
10199 160TH STREET                  600 US COURTHOUSE                   Pine River MN 56474
PARK RAPIDS MN 56470                300 SOUTH FOURTH ST
                                    MINNEAPOLIS MN 55415-3070


THORWALDSEN & MALMSTROM PLLP        TODD MEECH                          UNITED COMMUNITY BANK
1105 HWY 10 E                       24615 CTY RD 12                     301 West Main Street
PO BOX 1599                         SEBEKA MN 56477-2366                PO Box 249
DETROIT LAKES MN 56502-1599                                             PERHAM MN 56573-0249


US Trustee                          VOGEL LAW FIRM                      BONNIE HENDRICKX
1015 US Courthouse                  PO BOX 1389                         49202 CO HIGHWAY 67
300 S 4th St                        FARGO ND 58107-1389                 NEW YORK MILLS, MN 56567-9408
Minneapolis, MN 55415-3070


Krystal M. Lynne                    Kyle Carlson                        Matthew William Ruckheim
Stermer & Sellner, Chtd.            PO Box 519                          10830 County Highway 79
PO Box 514                          Barnesville, MN 56514-0519          Parkers Prairie, MN 56361-5063
102 Parkway Drive
Montevideo, MN 56265-1427


STEPHEN HENDRICKX
49202 CO HIGHWAY 67
NEW YORK MILLS, MN 56567-9408
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)United Community Bank
c/o Jon R. Brakke
Vogel Law Firm
PO Box 1389
Fargo, ND 58107-1389

End of Label Matrix
Mailable recipients   57
Bypassed recipients    1
Total                 58